# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE**<br><br>            **v.**<br><br>**VALLEY FORGE MILITARY ACADEMY AND COLLEGE** | **CIVIL ACTION**<br><br>**NO. 19-1693** |

## ORDER RE: MOTION TO REMAND

**AND NOW**, this 15th day of July, 2019, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Remand (ECF 6) is **GRANTED**;

2. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania; and

3. Defendant's partial Motion to Dismiss (ECF 5) is **DENIED** as **MOOT**.

The clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 19\19-1693 Doe v Valley Forge Military\19cv1693 Order re Mot. to Remand.docx